1 | JESSE S. KAPLAN CSB# 103726
5441 Fair Oaks Bl. Ste. C-1
2 | Carmichael, CA   95608
(916) 488-3030
3 | (916) 489-9297 fax

4 | Attorney for Plaintiff
AZAAM REISOLHAGH

8                   UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

12 | AZAAM REISOLHAGH,                       CIV S-05-0765 GGH PS

13 |         Plaintiff,
                                              SUBSTITUTION OF ATTORNEYS;
14 | v.                                       ORDER

15 | JO ANNE BARNHART,
Commissioner of Social Security,
16
            Defendant.
17 | _____/

## SUBSTITUTION OF ATTORNEYS

Plaintiff in propria persona AZAAM RESOLHAH hereby substitutes JESSE S. KAPLAN as her attorney of record, in place and in stead of herself.  The address and phone number of said attorney are:

>    Jesse S. Kaplan
>    Attorney at Law
>    5441 Fair Oaks Bl. Ste. C-1
>    Carmichael, CA   95608
>    (916) 488-3030
>    (916) 489-9297 fax

//
//
/

1

1 | I agree to this substitution.

2 | DATED:  May 27, 2005                                    */s/ Azaam Reisolhagh* (original signature retained by attorney)

3 | _____

4 | AZAAM REISOLHAGH

5 | I accept this substitution.

6 | DATED: May 26, 2005                                     */s/ Jesse S. Kaplan*

7 | _____

8 | JESSE S. KAPLAN
Attorney for Plaintiff

## ORDER

GOOD CAUSE APPEARING from the above stipulation, IT IS ORDERED that Jesse S. Kaplan shall be the attorney of record for plaintiff herein, and all future service shall be by electronic mail to him..

DATED: 6/7/05

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

reisolhagh.ord06