1  JESSE S. KAPLAN    CSB#103726
   5441 Fair Oaks Bl. Ste. C-1
2  Carmichael, CA   95608
   916/488-3030
3  916/489-9297 fax

4  Attorney for Plaintiff
   AZAAM REISOLHAGH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA
-o0O0o-

| | |
|---|---|
| AZAAM REISOLHAGH, | 2:05-CV-00765-GGH |
| Plaintiff, | STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGEMENT |
| v. | |
| JO ANNE BARNHART, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that Plaintiff's time to file motion for summary judgement in the above-referenced case is hereby extended from the present due date of February 27, 2006, by twenty-three (23) days, to the new date of March 22, 2006. The extension is needed because the Plaintiff's attorney has three other motions for summary judgement due on the same date in this district, has one more motion for summary judgement due in the Northern District, and has a three day trial to attend and prepare for.

1

1  This is the first extension requested re Plaintiff's filing of motion for summary judgement.

2

3  Dated: 2/16/06                    */s/ Jesse S. Kaplan*

4                                    JESSE S. KAPLAN
                                     Attorney at Law
5
                                     Attorney for Plaintiff
6
   Dated: 2/15/06                    */s/ Bobbie J. Montoya*
7
                                     BOBBIE J. MONTOYA
8                                    Assistant U.S. Attorney

9                                    Attorney for Defendant

10

11                                   ORDER

12

13    For good cause shown, the requested extension of Plaintiff's time to file motion for

14  summary judgement in REISOLHAGH v. BARNHART, 2:05-CV-00765-GGH, is hereby

15  APPROVED. Plaintiff shall file her on or before March 22, 2006.

16    SO ORDERED.

17

18  Dated: 2/22/06                    /s/ Gregory G. Hollows

19                                    _____

20                                    GREGORY G. HOLLOWS
                                      UNITED STATES MAGISTRATE JUDGE
21
reis.ord
22

23

24

25

26

27

28