```
McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2700
Fax:  (916) 554-2900
PETER THOMPSON
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94102
Telephone:  (415) 977-8943
Fax:  (415) 744-0134
```

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| AZAAM REISOLHAGH, | Case No. 2:05-CV-00765-GGH |
|---|---|
| Plaintiff, | STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT TO MAY 24, 2006 |
| v. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Defendant's time to respond to Plaintiff's motion for summary judgment in the above-referenced case is hereby extended from the present due date of April 24, 2006, by thirty days, to the new response date of May 24, 2006, and that all subsequent due dates under the Court's Scheduling Order shall be extended accordingly.  The extension is needed because of heavy briefing and other workload requirements at Social Security

Stip.& Order Ext. Def.'s Time - 2:05-00765

**1**

1 Administration's Office of the General Counsel for Region IX.
2     This is the first extension requested re Defendant's
3 response to Plaintiff's motion for summary judgment.
4     The parties further stipulate that counsel for Plaintiff
5 will provide a facsimile of this stipulation bearing counsel's
6 signature for retention in Defendant's case file, and hereby
7 authorizes counsel for Defendant to file this document in .pdf
8 format under the latter's Electronic Case Filing password,
9 pursuant to Local Rule 7-131.

```
DATED: April 20, 2006            /s/ Jesse S. Kaplan
                                JESSE S. KAPLAN
                                Attorney at Law

                                Attorney for Plaintiff

DATED: April 24, 2006           McGREGOR W. SCOTT
                                United States Attorney
                                BOBBIE J. MONTOYA
                                Assistant U. S. Attorney

                           By    /s/ Bobbie J. Montoya for
                                PETER THOMPSON
                                Special Assistant U.S. Attorney

                                Attorneys for Defendant
```

OF COUNSEL:
LUCILLE GONZALES MEIS
CHIEF COUNSEL, REGION IX
U.S. SOCIAL SECURITY ADMINISTRATION

**ORDER**

**APPROVED AND SO ORDERED.**

**DATED:4/25/06**                    **/s/ Gregory G. Hollows**

                                **GREGORY G. HOLLOWS**
                                **UNITED STATES MAGISTRATE JUDGE**

reisolhagh.ord

Stip.& Order Ext. Def.'s Time - 2:05-00765           **2**