1  McGREGOR W. SCOTT
   United States Attorney
2  BOBBIE J. MONTOYA
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814-2322
4  Telephone:  (916) 554-2700
   Fax:  (916) 554-2900
5  PETER THOMPSON
   Special Assistant U.S. Attorney
6  333 Market Street, Suite 1500
   San Francisco, CA 94102
7  Telephone:  (916) 977-8943
   Fax:  (415) 744-0134
8
   Attorneys for Defendant
9
                  IN THE UNITED STATES DISTRICT COURT
10
                FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12   AZAAM REISOLHAGH,                    CASE NO. 2:05-CV-00765-GGH

13           Plaintiff,                   STIPULATION AND ORDER
                                          EXTENDING DEFENDANT'S TIME
14      v.                                TO RESPOND TO PLAINTIFF'S
                                          MOTION FOR SUMMARY JUDGMENT
15   JO ANNE B. BARNHART,                 TO JUNE 23, 2006
       Commissioner of
16     Social Security,

17           Defendant.

18        IT IS HEREBY STIPULATED by and between the parties, through

19   their respective undersigned attorneys, with the approval of the

20   Court, that Defendant's time to respond to Plaintiff's motion for

21   summary judgment in the above-referenced case is hereby extended

22   from the present due date of May 24, 2006, by thirty days, to the

23   new response date of June 23, 2006, and that all subsequent due

24   dates under the Court's Scheduling Order shall be extended

25   accordingly.  The extension is needed for further review and

26   possible settlement of this case.

27
   Stip.& Order Ext. Def.'s Time
28 2:05-00765-GGH                    **1**

1    This is the second extension requested re Defendant's

2  response to Plaintiff's motion for summary judgment.

3    The parties further stipulate that Plaintiff's counsel shall

4  return a facsimile of this stipulation bearing his signature for

5  retention by Defendant's counsel, and that Defendant shall e-file

6  this stipulation pursuant to applicable local rules.

7  DATED: May 22, 2006        By:  ___/s/ Jesse S. Kaplan_____
                                    JESSE S. KAPLAN
8                                   Attorney at Law

9                                   Attorney for Plaintiff

10
   DATED: May 22, 2006             McGREGOR W. SCOTT
11                                 United States Attorney
                                   BOBBIE J. MONTOYA
12                                 Assistant U.S. Attorney

13
                              By:  ___/s/ Bobbie J. Montoya for___
14                                 PETER THOMPSON
                                   Special Assistant U.S. Attorney
15
                                   Attorneys for Defendant
16 OF COUNSEL:
   LUCILLE GONZALES MEIS
17 CHIEF COUNSEL, REGION IX
   UNITED STATES SOCIAL SECURITY ADMINISTRATION
18

19

20

21

22

23

24

25

26

27

28 Stip.& Order Ext. Def.'s Time
   2:05-00765-GGH                    **2**

1

2                                  ORDER

3        For good cause shown, Defendant's deadline to file her

4   response to Plaintiff's motion for summary judgment is

5   extended pursuant to the stipulation of counsel.

6

7        APPROVED AND SO ORDERED.

    DATED: 5/26/06                    /s/ Gregory G. Hollows
8                                     _____
                                      GREGORY G. HOLLOWS
9                                     UNITED STATES MAGISTRATE JUDGE

10  reis2.ord

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  Stip.& Order Ext. Def.'s Time
    2:05-00765-GGH                      **3**