McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2700
Fax:  (916) 554-2900
PETER THOMPSON
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone:  (916) 977-8943
Fax:  (415) 744-0134

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AZAAM REISOLHAGH,<br><br>       Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of<br>Social Security,<br><br>       Defendant. | CASE NO. **2:05-CV-00765-GGH**<br><br>STIPULATION AND ORDER REMANDING THE CASE TO THE COMMISSIONER OF SOCIAL SECURITY AND DIRECTING THE CLERK TO ENTER JUDGMENT |

     IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.  The purpose of the remand will be to afford Plaintiff a new hearing and decision.

     On remand, the ALJ will evaluate Plaintiff's mental limitations in light of the four broad areas of functioning specified in 20 C.F.R. § 416.920a (2005), and will re-evaluate

1  Plaintiff's residual functional capacity in light of those
2  limitations, and the complete record.  As appropriate, the
3  Commissioner shall further develop the record as necessary to
4  issue a new decision.
5       It is further stipulated that the decision below is
6  hereby vacated and that the Clerk of this Court shall be directed
7  to enter a separate judgment herein, as provided for under Rules
8  58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to
9  <u>Shalala v. Schaefer</u>, 509 U.S. 292, 113 S. Ct. 2625 (1993).
10      The parties further stipulate that Plaintiff's counsel
11 shall return a facsimile of this stipulation bearing his
12 signature for retention by Defendant's counsel, and that
13 Defendant shall e-file this stipulation pursuant to applicable
14 local rules.

15 DATED:  June 23, 2006          /s/ Jesse S. Kaplan
                                  JESSE S. KAPLAN
16                                Attorney at Law

17                                Attorney for Plaintiff

18
19 DATED:  June 23, 2006          McGREGOR W. SCOTT
                                  United States Attorney
                                  BOBBIE J. MONTOYA
20                                Assistant U. S. Attorney

21                           By:  /s/ Bobbie J. Montoya for
                                  PETER THOMPSON
22                                Special Assistant U. S. Attorney

23                                Attorneys for Defendant

OF COUNSEL:
24 LUCILLE GONZALES MEIS
   Chief Counsel, Region IX
25 U.S. Social Security Administration

26

27
   Reisolhagh v. Barnhart
   Stip & Order of Remand (Sentence 4)
28 2:05-cv-00765-GGH

ORDER

This matter is remanded pursuant to the stipulation of the parties. The case is dismissed and the Clerk is directed to enter Judgment.

SO ORDERED.

DATED: 6/28/06

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

reisolhagh.ord2

Reisolhagh v. Barnhart
Stip & Order of Remand (Sentence 4)
2:05-cv-00765-GGH