```
McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2700
Fax:  (916) 554-2900
PETER THOMPSON
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone:  (916) 977-8943
Fax:  (415) 744-0134
Attorneys for Defendant
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AZAAM REISOLHAGH,<br><br>    Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART,<br> Commissioner of<br> Social Security,<br><br>    Defendant. | CASE NO. **2:05-CV-00765-GGH**<br><br>STIPULATION AND ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA) |

It is stipulated by the parties through their undersigned counsel, with the Court's approval, that counsel for Plaintiff be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of TWO THOUSAND NINE HUNDRED FIVE AND 00/100 DOLLARS ($2,905.00), for compensation for legal services rendered on Plaintiff's behalf, pursuant to 28 U.S.C. § 2412(d), thereby constituting a compromise settlement for all fees under the EAJA in this action, but not constituting any admission of Defendant's

```
REISOLHAGH v. Barnhart
EAJA Stip & Order
2:05-cv-00765-GGH                     1
```

1  liability under the EAJA in this action.

2      Payment of the amount specified above shall constitute a
3  complete release from and bar to any and all claims of Plaintiff's
4  counsel relating to EAJA fees in connection with this action,
5  without prejudice to any future request for fees under the Social
6  Security Act, 42 U.S.C. § 406(b).

```
                                  /s/ Jesse S. Kaplan as authorized on
                                  July 13, 2006
DATED: July 13, 2006              _____
                                  JESSE S. KAPLAN
                                  Attorney at Law

                                  Attorney for Plaintiff

DATED: July 14, 2006              McGREGOR W. SCOTT
                                  United States Attorney
                                  BOBBIE J. MONTOYA
                                  Assistant U. S. Attorney

                                  /s/ Bobbie J. Montoya for
                            By:   _____
                                  PETER THOMPSON
                                  Special Assistant U. S. Attorney

                                  Attorneys for Defendant

OF COUNSEL
LUCILLE GONZALES MEIS
Chief Counsel, Region IX
U.S. Social Security Administration
```

REISOLHAGH v. Barnhart
EAJA Stip & Order
2:05-cv-00765-GGH  **2**

ORDER

Counsel for Plaintiff is hereby awarded attorney's fees pursuant to the Equal Access to Justice Act in the amount of $2,905.00, pursuant to the stipulation of the parties.

APPROVED AND SO ORDERED.

DATED: 7/24/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

reis.ord2

REISOLHAGH v. Barnhart
EAJA Stip & Order
2:05-cv-00765-GGH          **3**